

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00253-CV

**IN THE INTEREST OF S.M.O.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00569
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of Father is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because he is presumed indigent under Texas Family Code section 107.013(e).

SIGNED September 25, 2024.

_____
Rebeca C. Martinez, Chief Justice